## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SOLID STATE STORAGE SOLUTIONS, INC.,** § § § | |
| **Plaintiff,** § | **CIVIL ACTION NO. 2:11-CV-391-JRG** |
| § | |
| **v.** § | |
| § | |
| **STEC, INC., OCZ TECHNOLOGY GROUP, INC., CORSAIR MEMORY, TEXAS MEMORY SYSTEMS, INC., PNY TECHNOLOGIES, INC., PATRIOT MEMORY LLC, FUSION-IO, INC., OTHER WORLD COMPUTING, INC., and MUSHKIN, INC.,** § § § § § § § | **JURY TRIAL DEMANDED** |
| § § | |
| **Defendants.** § | |

### SOLID STATE STORAGE SOLUTIONS, INC.'S
### ANSWER TO OTHER WORLD COMPUTING, INC.'S COUNTERCLAIMS

Plaintiff Solid State Storage Solutions, Inc. ("Plaintiff" or "S4") files this Answer to Defendant Other World Computing, Inc.'s ("OWC") Counterclaims (Dkt. No. 50).[1]

### OWC'S COUNTERCLAIMS

1.      S4 admits that a justiciable controversy concerning OWC's infringement of the patents-in-suit exists between OWC and S4, but otherwise denies the allegations of this paragraph.

2.      S4 admits that OWC is an Illinois corporation having a principal place of business at 2650 Bridge Lane, Woodstock, IL 60098.

---

[1] OWC has made certain allegations which appear to relate solely to its affirmative defenses to which no response is required.  To the extent S4 has responded, it is without waiver to its position that no response is required.  As to OWC's affirmative defenses (unnumbered paragraphs 95-100), no response is required and no admission is made regarding such defenses or prayers which, if necessary, are denied.

3.      S4 admits that it is a Texas corporation with its principal place of business at 511 N. Washington Ave, Marshall, Texas 75670.

4.      S4 admits that it claims an ownership interest in the patents-in-suit and has asserted that OWC has infringed, induced infringement, and/or contributorily infringed the patents-in-suit.

5.      S4 admits that this Court has subject matter jurisdiction over these Counterclaims under 28 U.S.C. §§ 1331 and 1338, and that personal jurisdiction is proper as a result of Solid State having availed itself of this Court to sue OWC.

6.      S4 admits that this Court has personal jurisdiction over Solid State.

7.      S4 admits that venue in this district is proper with regards to these counterclaims under 28 U.S.C. §§ 1391 and 1400.

## FIRST COUNTERCLAIMS FOR RELIEF

Declaration of Invalidity of Each of the Patents-in-Suit

## JURISDICTION AND VENUE

8.      S4 restates and incorporates its responses to paragraphs 1-7 above as though fully set forth herein.

9.      S4 denies the allegations of this paragraph.

10.     S4 denies the allegations of this paragraph.

11.     S4 denies the allegations of this paragraph.

## SECOND COUNTERCLAIM FOR RELIEF

Declaration of Non-Infringement of Each of the Patents-in-Suit

12.     S4 restates and incorporates its responses to paragraphs 1-11 above as though fully set forth herein.

13.     S4 admits that an actual controversy exists regarding OWC's infringement of the patents-in-suit, but otherwise denies the allegations of this paragraph.

14.     S4 denies the allegations of this paragraph.

15.     S4 denies the allegations of this paragraph.

### PRAYER FOR RELIEF

a.     S4 denies that OWC is entitled to the relief sought by this paragraph.

b.     S4 denies that OWC is entitled to the relief sought by this paragraph.

c.     S4 denies that OWC is entitled to the relief sought by this paragraph.

d.     S4 denies that OWC is entitled to the relief sought by this paragraph.

e.     S4 denies that OWC is entitled to the relief sought by this paragraph.

f.     S4 denies that OWC is entitled to the relief sought by this paragraph.

g.     S4 denies that OWC is entitled to the relief sought by this paragraph.

### JURY DEMAND

S4 admits that OWC demands a trial by jury on all issues triable by a jury alleged or relating to this litigation pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated:  January 10, 2012                    Respectfully submitted,

                                            **MCKOOL SMITH, P.C.**

                                            By:  /s/ Theodore Stevenson III
                                            Theodore Stevenson III
                                            Lead Attorney
                                            Texas State Bar No. 19196650
                                            tstevenson@mckoolsmith.com
                                            David Sochia
                                            Texas State Bar No. 00797470
                                            dsochia@mckoolsmith.com
                                            Eric Hansen
                                            Texas State Bar No. 24062763
                                            ehansen@mckoolsmith.com
                                            McKool Smith, P.C.
                                            300 Crescent Court, Suite 1500
                                            Dallas, Texas 75201
                                            Telephone: (214) 978-4000
                                            Telecopier: (214) 978-4044

                                            Kevin Kneupper
                                            Texas State Bar No. 24050885
                                            kkneupper@mckoolsmith.com
                                            Chris Mierzejewski
                                            Texas State Bar No. 24070270
                                            cmierzejewski@mckoolsmith.com
                                            300 W. 6th Street, Suit 1700
                                            Austin, Texas 78701
                                            Telephone: (512) 692-8700
                                            Facsimile:  (512) 692-8744

                                            **ATTORNEYS FOR PLAINTIFFS
                                            SOLID    STATE    STORAGE
                                            SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all counsel of record on this the 10th day of January, 2012 through the CM/ECF system.

_/s/ Eric Hansen_
Eric Hansen