# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLID STATE STORAGE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEC, INC., STEC TECHNOLOGY GROUP, INC., CORSAIR MEMORY, TEXAS MEMORY SYSTEMS, INC., PNY TECHNOLOGIES, INC., PATRIOT MEMORY LLC, FUSION-IO, INC., OTHER WORLD COMPUTING, INC., and MUSHKIN, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:11-CV-391-JRG <br><br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT PATRIOT MEMORY LLC WITH PREJUDICE

The Undersigned hereby GRANTS Plaintiff Solid State Storage Solutions, Inc., and Defendant Patriot Memory LLC's Joint Motion to Dismiss with Prejudice. All claims and counterclaims between them in this action are hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs, expenses, and attorneys fees.

**SIGNED this 2nd day of October, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE