**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **SOLID STATE STORAGE SOLUTIONS, INC.,** | § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 2:11-CV-391-JRG** |
| **v.** | § § § | |
| **STEC, INC., STEC TECHNOLOGY GROUP, INC., CORSAIR MEMORY, TEXAS MEMORY SYSTEMS, INC., PNY TECHNOLOGIES, INC., PATRIOT MEMORY LLC, FUSION-IO, INC., OTHER WORLD COMPUTING, INC., and MUSHKIN, INC.,** | § § § § § § § § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § | |

**ORDER GRANTING JOINT MOTION TO DISMISS**
**DEFENDANT CORSAIR MEMORY WITH PREJUDICE**

The Undersigned hereby GRANTS Plaintiff Solid State Storage Solutions, Inc., and

Defendant Corsair Memory's Joint Motion to Dismiss with Prejudice.    All claims and

counterclaims between them in this action are hereby DISMISSED WITH PREJUDICE, with

each party bearing its own costs, expenses, and attorneys fees.

**SIGNED this 14th day of November, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE