# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **SOLID STATE STORAGE SOLUTIONS, INC.,** § § § § | | |
| Plaintiff, § | CIVIL ACTION NO. 2:11-CV-391-JRG | |
| § | | |
| v. § | | |
| § | | |
| **STEC, INC., OCZ TECHNOLOGY GROUP, INC., CORSAIR MEMORY, TEXAS MEMORY SYSTEMS, INC., PNY TECHNOLOGIES, INC., PATRIOT MEMORY LLC, FUSION-IO, INC., OTHER WORLD COMPUTING, INC., and MUSHKIN, INC.,** § § § § § § § § | JURY TRIAL DEMANDED | |
| Defendants. § | | |

## ORDER GRANTING JOINT MOTION TO DISMISS
## DEFENDANT STEC, INC. WITH PREJUDICE

The Undersigned hereby GRANTS Plaintiff Solid State Storage Solutions, Inc., and Defendant STEC, Inc.'s Joint Motion to Dismiss with Prejudice. All claims and counterclaims between them in this action are hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs, expenses, and attorneys fees.

**SIGNED this 2nd day of January, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE