UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SOLID STATE STORAGE SOLUTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**STEC, INC., STEC TECHNOLOGY GROUP, INC., CORSAIR MEMORY, TEXAS MEMORY SYSTEMS, INC., PNY TECHNOLOGIES, INC., PATRIOT MEMORY LLC, FUSION-IO, INC., OTHER WORLD COMPUTING, INC., and MUSHKIN, INC.,**<br><br>Defendants. | CIVIL ACTION NO. 2:11-CV-391-JRG<br><br>JURY TRIAL DEMANDED |

ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT MUSHKIN, INC.

The Undersigned hereby GRANTS Plaintiff Solid State Storage Solutions, Inc., and Defendant Mushkin, Inc.'s Joint Motion to Dismiss with Prejudice. All claims and counterclaims between them in this action are hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs, expenses, and attorneys fees.

**SIGNED this 8th day of January, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE