# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOLID STATE STORAGE SOLUTIONS, INC., | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:11-CV-391-JRG-RSP[1] |
| v. | § § § | |
| STEC, INC., OCZ TECHNOLOGY GROUP, INC., CORSAIR MEMORY, TEXAS MEMORY SYSTEMS, INC., PNY TECHNOLOGIES, INC., PATRIOT MEMORY LLC, FUSION-IO, INC., OTHER WORLD COMPUTING, INC., and MUSHKIN, INC., | § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## JOINT MOTION TO DISMISS
## DEFENDANT FUSION-IO, INC. WITH PREJUDICE

Plaintiff Solid State Storage Solutions, Inc., and Defendant Fusion-io, Inc. hereby move and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c) to dismiss all claims and counterclaims between them in this action WITH PREJUDICE, and with each party to bear its own costs, expenses, and attorneys fees.

---

[1] Consolidated case including: Case No. 2:12-cv-625-JRG; Case No. 2:12-cv-626-JRG; Case No. 2:12-cv-627-JRG; Case No. 2:12-cv-628-JRG; Case No. 2:12-cv-629-JRG; Case No. 2:12-cv-630-JRG; Case No. 2:12-cv-631-JRG.

<table>
<tr><td>

Dated:  March 27, 2013

Respectfully submitted

/s/ Scott F. Partridge
Scott F. Partridge
Lead Attorney
Texas Bar No. 00786940
Michael Hawes
Texas Bar No. 24010761
Amanda Woodall
Texas Bar No. 24028139
Bradley Bowling
Texas Bar No. 24040555
Michael McBride
Texas Bar No. 24065700
William Rothwell
Texas Bar No. 24066005
Stephen Baehl
Texas Bar No. 24067036
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
713/229-1569
Fax: 713/229-7769
Email: scott.partridge@bakerbotts.com
Email: michael.hawes@bakerbotts.com
Email: amanda.woodall@bakerbotts.com
Email: brad.bowling@bakerbotts.com
Email: michael.mcbride@bakerbotts.com
Email: william.rothwell@bakerbotts.com
Email: stephen.baehl@bakerbotts.com

</td><td>

Dated:  March 27, 2013

Respectfully submitted

**MCKOOL SMITH, P.C.**

By:  /s/ Theodore Stevenson III
Theodore Stevenson III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
dsochia@mckoolsmith.com
Eric Hansen
Texas State Bar No. 24062763
ehansen@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Kneupper
Texas State Bar No. 24050885
kkneupper@mckoolsmith.com
Chris Mierzejewski
Texas State Bar No. 24070270
cmierzejewski@mckoolsmith.com
300 W. 6th Street, Suit 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile:  (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS SOLID STATE STORAGE SOLUTIONS, INC.**

</td></tr>
</table>

SIEBMAN, BURG, PHILLIPS & SMITH LLP
Larry A. Phillips
Texas State Bar No. 15937755
larryphillips@siebman.com
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090
 (903) 870-0070 – Telephone
 (903) 870-0066 – Fax
Michael Charles Smith
Texas State Bar No. 18650410
Siebman Burg Phillips & Smith, LLP-Marshall
P O Box 1556
Marshall, TX 75671-1556
903-938-8900
Fax: 19727674620
Email: michaelsmith@siebman.com

**ATTORNEYS FOR FUSION-IO, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and therefore served on all counsel who have consented to electronic service.  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record who did not receive the attached will be served by electronic mail on March 27, 2013.

*/s/ Kevin Kneupper*_____
**Kevin Kneupper**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Solid State Storage Solutions and Fusion-io met and conferred on March 26, 2013 and agreed on the form and substance of the above and foregoing motion and attached proposed order. Counsel for Solid State Storage Solutions (Kevin Kneupper) further contacted counsel for Renesas, Paul Poirot, who stated on March 26, 2013 that Renesas does not object to this motion.

*/s/ Kevin Kneupper*_____
**Kevin Kneupper**